UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-30476 |
|---|---|
|    James O Henderson | (Chapter 13) |
|    Angela R Henderson | |
|                             Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | James O Henderson & Angela R Henderson<br>P.O. Box 314<br>Clarksville, OH  45113 | 876.92 |

      /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service          09-30476

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| James O Henderson<br>Angela R Henderson<br>P.O. Box 314<br>Clarksville, OH  45113 | HAROLD JARNICKI<br>576 MOUND CT<br>SUITE B<br>LEBANON, OH  45036 | (40.1n)<br>AMERICAN INVESTMENT FINANCIAL INC<br>%SST INC<br>501 ELM STREET<br>SUITE 400, LB13<br>DALLAS, TX  75202 |
| (47.1n)<br>EMERSON KECK<br>15 W FOURTH ST  STE 100<br>DAYTON, OH  45402 | (38.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 | (1.1n)<br>J WARD HOLLIDAY & ASSOCIATES<br>501 ELM ST<br>SUITE 400<br>DALLAS, TX  75202 |
| (39.1n)<br>PEOPLES FIRST SAVINGS BANK<br>ATTN DONALD E WILLIAMS CHAIR/DIR<br>225 READING ROAD<br>MASON, OH  45040 | (44.1n)<br>US ATTORNEY GENERAL<br>MAIN JUSTICE BLDG RM 5111<br>10TH ST & CONSTITUTION AVE NW<br>WASHINGTON, DC  20530 | (45.1n)<br>US ATTORNEY GENERAL<br>602 FEDERAL BLDG<br>200 WEST SECOND ST<br>DAYTON, OH  45402 |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner          cs